UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA WELL BEING GROUP, INC., | CASE NO. CV F 12-0315 LJO SMS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO DISMISS AND CLOSE ACTION** |
| 4CORNER INT'L CONSULTING GROUP, et al., | **(Doc. 29.)** |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:    **July 12, 2013**             /s/ **Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE