UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WELL BEING GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>4CORNER INT'L CONSULTING GROUP, et al.,<br><br>Defendants. | CASE NO. CV F 12-0315 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>**(Doc. 29.)** |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

Dated:   **July 12, 2013**              /s/ **Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

1